IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY JAMES LANDIS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-1938 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 8th day of September, 2009, upon consideration of the Defendant Commonwealth of Pennsylvania's Motion to Dismiss (doc. no. 5), Plaintiff's response thereto (doc. no. 6) and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and the claims against Defendant Commonwealth of Pennsylvania are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to mark this case **CLOSED.**

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**